**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01462-CV

### THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF M.W.L.

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11773**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Before the Court is the May 8, 2015 motion of the Department of State Health Services to dismiss it as an appellee. This appeal is by the City of Dallas challenging the trial court's order that it pay attorney's fees to Rhonda Hunter. No other parties to the trial court's order have filed a notice of appeal or are parties to this appeal. Therefore, we **DISMISS** the Department of State Health Services as an appellee. This appeal continues with the City of Dallas as appellant and Rhonda Hunter as appellee.

/s/    ELIZABETH LANG-MIERS
       JUSTICE